UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al*,<br>　　　　　Defendants. | Case No.: 3:20-CV-00113-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 4) |

　　　Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 4[1]) entered on March 25, 2020, recommending that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1), file the Complaint (ECF No. 1-1) and dismiss the action with prejudice. On March 30, 2020, Plaintiff filed Objections to Magistrate Judge's Report (ECF No. 5).

　　　This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 4), is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is GRANTED.

**IT IS FURTHER ORDERED** that the action is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that pending motions (ECF Nos. 1-2) are DENIED as MOOT.

**IT IS FURTHER ORDERED** that the clerk shall close this case.

**IT IS SO ORDERED.**

Dated this 20th day of May, 2020.

_____
ROBERT C. JONES
United States District Judge