# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH, | Case No.: 3:20-CV-00113-RCJ-WGC |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF NEVADA, *et al.*, | |
| Defendant. | |

Before the Court is Welch's Motion for Enlargement of Time (ECF No. 17). Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Enlargement of Time (ECF No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that if Welch chooses to file an amended complaint curing the deficiencies of his Complaint (ECF 1-1), as outlined in the Report and Recommendation (ECF No. 4) he shall file the amended complaint on or before **Monday, August 16, 2021.**

**IT IS FURTHER ORDERED** that if Welch chooses not to file an amended complaint curing the stated deficiencies, this action will be dismissed with prejudice for failure to state a claim.

**IT IS SO ORDERED**.

Dated this 28th day of April, 2021.

_____
ROBERT C. JONES, District Judge