# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KENTRELL D. WELCH,

               Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

               Defendant.

Case No.: 3:20-CV-00113-RCJ-WGC

ORDER

     IT IS HEREBY ORDERED that Plaintiff's Motion for Enlargement of Time (ECF No. 25) is GRANTED.

     IT IS FURTHER ORDERED that Plaintiff may file his objections to Report and Recommendation of United States Magistrate Judge (ECF No. 24) on or before October 21, 2021.

     IT IS SO ORDERED.

DATED:  This 1st day of September 2021.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE